| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| WAYMON AUDRA GOODLEY, | § | |
|---|---|---|
| Petitioner, | § § § | |
| versus | § § | CIVIL ACTION NO. 1:17-CV-173 |
| WARDEN, FCI BEAUMONT LOW, | § § § | |
| Respondent. | § § | |

## MEMORANDUM OPINION AND ORDER

Petitioner, Waymon Audra Goodley, an inmate formerly confined at FCI Beaumont, proceeding with counsel, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends petitioner's motion to voluntarily dismiss this case be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 1st day of March, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE